UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| IN RE:  YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) | 3:09-md-02100-DRH<br><br>MDL No. 2100 |

**This Document Relates To:**

*Jodi DeWitt v. Bayer HealthCare Pharmaceuticals Inc., et al.*          No. 11-cv-12575-DRH

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.**   This matter is before the Court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Stipulation of Dismissal filed, the above captioned case is **DISMISSED** with prejudice.  Each party shall bear their own costs.

> **JUSTINE FLANAGAN,**
> **ACTING CLERK OF COURT**
>
> BY:   /s/*Caitlin Fischer*
>         **Deputy Clerk**

Digitally signed by Judge David R. Herndon
Date: 2016.06.03 14:13:35 -05'00'

APPROVED:
            DISTRICT JUDGE
            U. S. DISTRICT COURT